**COLE SCHOTZ P.C.**
900 Third Avenue
New York, New York 10022
(212) 752-8000
(212) 752-8393 Facsimile
Attorneys for Educational Credit Management Corporation

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
AT BROOKLYN

| | |
|---|---|
| In re:<br><br>SEAN O'BRIEN,<br><br>        Debtor. | CASE NO. 14-46463-ESS<br><br>Chapter 7 |
| SEAN O'BRIEN,<br><br>        Plaintiff,<br><br>v.<br><br>EDUCATIONAL CREDIT MANAGEMENT CORP.,<br><br>        Defendant. | ADV. PRO. NO. 15-01047-ESS<br><br>**CERTIFICATE OF SERVICE** |

BROOKE FINK, being of full age, hereby certifies as follows:

1. I am employed as a legal secretary with the law firm of Cole Schotz P.C., attorneys for Educational Credit Management Corporation, ("ECMC").

2. On May 8, 2015, this office caused a copy of ECMC's Initial Interrogatories and Initial Request for Production of Documents to Plaintiff, to be served *via First Class U.S. Mail* upon the following:

        Sean O'Brien
        575 80th Street, Apt. 2B
        Brooklyn, NY 11209
        *Plaintiff, Pro se*

I swear that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                      _____
                                      BROOKE FINK

Dated: May 11, 2015

Sworn and subscribed to before me this
11th day of May, 2015

_____
Wendy M. Zuppa
A Notary Public of New Jersey
Commission Expires September 28, 2015

2